No. 85–1664. ALABAMA *v.* CROWE. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–1683. CITY OF PHOENIX *v.* WEST PUBLISHING CO. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 85–1792. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES *v.* RICHMOND, FREDERICKSBURG & POTOMAC RAILROAD CO. C. A. 4th Cir. Certiorari before judgment denied.

No. 85–6523. PHILLIPS, AKA BASHIR *v.* TEXAS. Ct. Crim. App. Tex.;

No. 85–6545. JAMES *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla.;

No. 85–6696. MATHENIA *v.* MISSOURI. Sup. Ct. Mo.;

No. 85–6963. JONES *v.* MISSOURI. Sup. Ct. Mo.; and

No. 85–6974. PEEDE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 85–6523, 701 S. W. 2d 875; No. 85–6545, 484 So. 2d 1235; No. 85–6696, 702 S. W. 2d 840; No. 85–6963, 705 S. W. 2d 19; No. 85–6974, 474 So. 2d 808.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–1942. NATIONWIDE MUTUAL INSURANCE CO. *v.* CLAY, 476 U. S. 1101;

No. 85–695. ILLINOIS CENTRAL GULF RAILROAD CO. *v.* COLEMAN, 476 U. S. 1104;

No. 85–1020. GELLERT *v.* EASTERN AIR LINES, INC., 475 U. S. 1036;

No. 85–1362. STERN ET AL. *v.* TARRANT COUNTY HOSPITAL DISTRICT ET AL., 476 U. S. 1108; and

No. 85–1464. NEWKIRK ET AL. *v.* BIGARD, INDIVIDUALLY AND DBA B & B OIL CO., ET AL., 475 U. S. 1140. Petitions for rehearing denied.